IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


MELODY ANDERSON,
*on behalf of*
CAROLYN COX, *Deceased*                                                     PLAINTIFF


vs.                                    Civil No. 6:12-cv-06033


CAROLYN W. COLVIN                                                           DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT

Comes now the Court on this the 18th day of February 2013, in accordance with the

Memorandum Opinion entered in the above-styled case on today's date, and hereby considers,

orders, and adjudicates that the decision of the Commissioner of the Social Security Administration

is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

        **IT IS SO ORDERED.**


                                        /s/  Barry A. Bryant
                                        HON. BARRY A. BRYANT
                                        U. S. MAGISTRATE JUDGE